To whom it may concern

23cv205-MLG-KK 03-3-23

I want to file a prisoner complaint against Bernallio county the city of Albuquerque and the metropoliduan Detention center for violating my 1st, 8th, 14th amendment can you please send me a 1983 prison client Pack

thank you.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 09 2023
MITCHELL R. ELFERS
CLERK

Respectfully
Michael Salas

Inmate Name __Michael Salas__
Inmate Number __58739__
(CNMCF)/CMRU/Unit# __4A-4110__
P.O. Drawer 1328
Los Lunas, NM 87031

quadient
FIRST-CLASS MAIL
IMI
$000.60
03/06/2023 ZIP 87031
043M31222612

Legal Mail

United States District court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd NW
Albuquerque, NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 09 2023
MITCHELL R. ELFERS
CLERK

Legal Mail