## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MICHAEL SALAS,

    Plaintiff,

v.                                                                        Case No. 1:23-cv-00205-MLG-KK

BERNALILLO COUNTY, THE CITY OF
ALBUQUERQUE, METROPOLITAN
DETENTION CENTER,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

It is ordered that this matter is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA